IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:10-cv-22216-AJ

JANE DOE,

       Plaintiff,

v.

AMERICAN INSTITUTE FOR
FOREIGN STUDY, INC.,

       Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jane Doe, and Defendant, American Institute for Foreign Study, Inc., by and through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a), hereby jointly stipulate and agree to the dismiss with prejudice of any and all claims which have been or could have been asserted in the above-styled cause pursuant to the Confidential Settlement Agreement and Release with the parties to bear their respective attorney's fees and costs incurred herein.  The parties jointly move this Court to approve this Stipulation.

Dated: March 3, 2011.


s/ David Sampedro                              s/Mitchel Chusid
DAVID SAMPEDRO                                 MITCHEL CHUSID
Florida Bar No. 058238                         Florida Bar No. 879282
dsampedro@panterlaw.com                        mchusid@ritterchusid
Attorneys for Plaintiff                        SHAWN R. HORWICK
Panter, Panter & Sampedro, P.A.                Florida Bar No. 047317
6950 North Kendall Drive                       shorwick@ritterchusid.com
Miami, Florida 33156                           Attorneys for American Institute for Foreign
Telephone: (305) 622-6178                       Study, Inc.
Facsimile: (305) 662-9472                      Heron Bay Corporate Center
                                               5850 Coral Ridge Drive, Suite 201
                                               Coral Springs, Florida 33076
                                               Telephone:   (954) 340-2200
                                               Facsimile:   (954) 340-2210