UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-22216-CIV-JORDAN

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff <br><br> vs. <br><br> AMERICAN INSTITUTE OF FOREIGN STUDY, INC., <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE**

In light of the stipulation for dismissal with prejudice [D.E. 22], this action against American Institute of Foreign Study, Inc. is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

Any and all pending motions are DENIED AS MOOT. This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 7th day of March, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to: All counsel of record